44789. BLEAKLEY et al. v. ROACHE.

EBERHARDT, Judge. It appearing that questions of fact were made on material issues under the evidence presented in support of and in opposition to the motion for summary judgment, denial of the motion was not error.

*Judgment affirmed. Bell, C. J., and Deen, J., concur.*

SUBMITTED OCTOBER 6, 1969—DECIDED OCTOBER 31, 1969.

*Noland & Coney, John L. Coney,* for appellants.
*James O. Goggins,* for appellee.